APRIL 23, 1962

**No. 66714.**—Borneo Sumatra Trading Co., Inc. *v.* United States, protest 61/17121(A). Protest dismissed March 15, 1962. (Not published.) Plaintiff's application for rehearing granted.

APRIL 24, 1962

**No. 66715.**—D. P. Harris Hardware & Mfg. Co., Inc. *v.* United States, protest 60/28587. Protest abandoned February 5, 1962. (Not published.) (Initial No. 58/17017(A).) Plaintiff's application for rehearing denied.

**No. 66716.**—Robert Bosch Corp. *v.* United States, protest 60/28945. Protest abandoned February 6, 1962. (Not published.) Plaintiff's application for rehearing denied.

APRIL 26, 1962

**No. 66717.**—Siemens New York, Inc. *v.* United States, protest 61/2971. Protest abandoned March 26, 1962. (Not published.) (Initial No. 60/1615.) Plaintiff's application for rehearing granted.